

DEC - 9 2022

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 8:22-mj-00769 |
| Plaintiff, | ORDER OF DETENTION AFTER HEARING [Fed. R. Crim. P. 32.1(a)(6);18 U.S.C. § 3143(a)] |
| v. | |
| ORLANDO MARTINEZ-CAMBRAY, | |
| Defendant. | |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the District of Arizona for alleged violations of the terms and conditions of supervision; and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

    The Court finds that:

A. ( X ) The defendant has not met defendant's burden of establishing by clear and convincing evidence that she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: _nature of current allegations involving failure to report; prior criminal history including crimes of violence and contempt of court; lack of verification of information; lack of available sureties; lack of confirmed residence_

and

B. ( X ) The defendant has not met defendant's burden of establishing by clear and convincing evidence that he is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: *nature of current allegations involving failure to report; prior criminal history including crimes of violence and contempt of court; lack of verification of information; lack of available sureties; lack of confirmed residence*

IT THEREFORE IS ORDERED that the defendant be detained pending further revocation proceedings.

Dated: 12-9-22

JOHN D. EARLY
United States Magistrate Judge